**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**
No.  97-1826

Terry B. and John B., Minors, by            *
and through their natural parent,           *
Naomi Taylor,                               *
                                            *
               Plaintiffs-                *
Appellees,                                  *
                                            *
v.                                          *
                                            *
Arkansas Department of Human                *
Services; Tom Dalton, in his                *
Individual and Official Capacity            *
as Director; Beverly Jones, in              *   Appeal from the United States
her Individual and Official                 *   District Court for the
Capacity,                                   *   Eastern District of Arkansas
                                            *
               Defendants,                *
                                            *   (UNPUBLISHED)
P.H. Gilkey, in his Individual              *
and Official Capacity; Cynthia              *
Mahomes, in her Individual and              *
Official Capacity,                          *
                                            *
               Defendants-                *
Appellants,                                 *
                                            *
Michael Smith, in his Individual            *
Capacity; Joyce Smith, in her               *
Individual Capacity,                        *

               Defendants.

Submitted: November 19, 1997
Filed: December 5, 1997

Before BOWMAN, BRIGHT, and MURPHY, Circuit Judges.

PER CURIAM.

This § 1983 action was brought on behalf of Terry B. and John B. against the Arkansas Department of Human Services and a number of individuals, including P.H. Gilkey and Cynthia Mahomes. The district court[1] denied the motion of Gilkey and Mahomes for summary judgment on their qualified immunity defense, finding there remained material issues of fact. Gilkey and Mahomes appeal this ruling, as well as the district court's denial of their motion for summary judgment on the merits. Based on our review of the record we conclude that the district court should be affirmed on its qualified immunity ruling and that the attempted appeal of its ruling on the merits should be dismissed. See Johnson v. Jones, 515 U.S. 304, 313 (1995). So ordered.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Henry Woods, United States District Judge for the Eastern District of Arkansas.